No. 66480.—F. L. Kraemer & Co. v. United States, protests 58/8626 and 58/21624 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of sodium phosphate (Brifisol 410) similar in all material respects to that the subject of *George A. Abood Co., Inc.* v. *United States* (47 Cust. Ct. 1, C.D. 2270), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 21, 1962

No. 66481.—Auto Imports, Inc. v. United States, protest 61/2315 (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of overriders similar in all material respects to those the subject of Abstract 65691, the claim of the plaintiff was sustained.